UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MULHOLLAND,

        Plaintiff,

v.

PIERCE COUNTY, et al.,

        Defendants.

Case No. C11-5459BHS/JRC

REPORT AND RECOMMENDATION TO DENY IN FORMA PAUPERIS STATUS AND DISMISS THE ACTION WITHOUT PREJUDICE

**NOTED FOR**: July 15, 2011

This civil rights action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Before the court is a motion to proceed in forma pauperis (ECF No. 1). Plaintiff's inmate account discloses an average spendable balance of one thousand two hundred and three dollars and four cents. Plaintiff can afford the full filing fee of three hundred and fifty dollars and he is not entitled to proceed in forma pauperis (ECF No. 1).

The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigence. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. Weller v. Dickson, 314

REPORT AND RECOMMENDATION- 1

F.2d 598, 600 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). Here, plaintiff is not indigent. The court therefore recommends the application to proceed in forma pauperis be denied and plaintiff be given thirty days to pay the full filing fee.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See</u> <u>also</u> Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of de novo review by the District Court Judge. <u>See</u>, 28 U.S.C. 636 (b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on July 15, 2011, as noted in the caption.

Dated this 20th day of June 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2