UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MULHOLLAND,

    Plaintiff,

v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. C11-5459BHS

ORDER DISMISSING ACTION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 4) and Plaintiff Daniel Mulholland's ("Mulholland") motion to voluntarily dismiss this action (Dkt. 5).

On June 14, 2011, Mulholland filed a motion to proceed in forma pauperis. Dkt. 1. On June 20, 2011, Judge Creatura recommended that the motion be denied because Mulholland had sufficient funds to pay the filing fee. Dkt. 4. On July 1, 2011, Mulholland filed a motion to voluntarily dismiss this action. Dkt. 5.

The Court has considered the R&R, Mulholland's motion, and the remaining record and hereby **GRANTS** Mulholland's motion (Dkt. 5) and this action is **DISMISSED**.

**IT IS SO ORDERED**.

DATED this 19th day of July, 2011.

    BENJAMIN H. SETTLE
    United States District Judge

ORDER